UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MENACHEM ADLER, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | NO. 7:19-cv-07084-KMK |
| PENN CREDIT CORPORATION, | : : | JURY TRIAL DEMANDED |
| Defendant. | : : | |

**ORDER**

AND NOW, this __16__ day of __June__, 2021, upon Defendant Penn Credit Corporation's ("Defendant") Motion for Leave to File unredacted copies of certain exhibits to its Opposition to Plaintiff's Motion for Summary Judgment under Seal pursuant to Fed. R. Civ. P. 26(c) for good cause shown, it is hereby **ORDERED** that said Motion is **GRANTED**.

It is further **ORDERED** that unredacted versions of the following exhibits may be filed under seal:

1. Exhibit 1 to the Affidavit of Thomas Perrotta, which is attached to Defendant's Statement of Additional Material Facts to which there Exists Genuine Issues of Disputed Fact Pursuant to Local Rule 56.1(b) as Exhibit A (Doc. 65-1, pp. 6-7), which are Defendant's Account Notes for Plaintiff's account;

2. Exhibit 2 to the Affidavit of Thomas Perrotta which is attached to Defendant's Statement of Additional Material Facts to which there Exists Genuine Issues of Disputed Fact Pursuant to Local Rule 56.1(b) as Exhibit A (Doc. 65-1, pp. 9-10), which is the May 20, 2019 Letter sent to Plaintiff;

3. Exhibit 2 to the Declaration of Scott Astheimer, which is attached to Defendant's

Statement of Additional Material Facts to which there Exists Genuine Issues of Disputed Fact Pursuant to Local Rule 56.1(b) as Exhibit B (Doc. 65-2, pp. 11-12), which is the May 20, 2019 Letter sent to Plaintiff;

4. Exhibit D to Defendant's Statement of Additional Material Facts to which there Exists Genuine Issues of Disputed Fact Pursuant to Local Rule 56.1(b), which is the Transcript of the Deposition of Plaintiff Menachem Adler from February 15, 2021 and Exhibits 1-8 (Doc. 65-4);

5. Exhibit E to Defendant's Statement of Additional Material Facts to which there Exists Genuine Issues of Disputed Fact Pursuant to Local Rule 56.1(b), which is the Transcript of a May 28, 2019 Call Recording (Doc. 65-5); and

6. Exhibit G to Defendant's Statement of Additional Material Facts to which there Exists Genuine Issues of Disputed Fact Pursuant to Local Rule 56.1(b), which is a copy of Defendant's May 29, 20219 letter that was sent to Plaintiff. (Doc. 65-7).

White Plains, NY
June 16, 2021

SO ORDERED

KENNETH M. KARAS U.S.D.J.