**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MENACHEM ADLER, individually and on behalf
of all others similarly situated,

                        Plaintiff,

            -against-

PENN CREDIT CORPORATION,

                        Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/2022

19 **CIVIL** 7084 (KMK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 11, 2022, Defendant's Motion for Summary

Judgment is granted and Plaintiff's Motion for Summary Judgment is denied; accordingly, the

case is closed.

**Dated:**  New York, New York

            March 14, 2022

                                    **RUBY J. KRAJICK**
                        _____
                                    **Clerk of Court**
                        BY:
                                    _Kmango_
                                    **Deputy Clerk**